# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT  Case #: 19-cv-7974
NORTHERN DISTRICT OF ILLINOIS

Republic Technologies, LLC (NA) and Sream, Inc.
                                                                                          Plaintiff
vs.

Sam 1, Inc. d/b/a Joliet 1Tobacco and Ali Saleh
                                                                                          Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

Summons & Complaint For Injunctive Relief and Damages

PARTY SERVED: **SAM 1, INC. D/B/A JOLIET 1TOBACCO**

PERSON SERVED: **NAYEL ALYAFAI , EMPLOYEE**

METHOD OF SERVICE: **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: **02/09/2020 at 10:10 AM**

ADDRESS, CITY AND STATE: **18 S LARKIN AVE UNIT 4, JOLIET, IL 60436**

DESCRIPTION: **Middle Eastern, Male, 21, 5'10", 165 lbs, Black hair**

I declare under penalties of perjury that the information contained herein is true and correct.

Gregory Piazza, Lic # 117-001719
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 10th day of February, 2020.

NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/21

CLIENT: **The Ticktin Law Group**  Tracking #: **428380**
FILE #: